**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

       Plaintiff,

**vs.**                                         No. 17-cr-00965-JB

**KIRBY CLEVELAND,**

       Defendant.

**NOTICE WITHDRAWING DEFENDANT KIRBY CLEVELAND'S
MOTION FOR RECUSAL OF HON. KENNETH J. GONZALES [DOC. 40]**

       Defendant Kirby Cleveland respectfully gives notice of the withdrawal without prejudice of his *Motion for Recusal of Hon. Kenneth J. Gonzales* [Doc. 40]. Given that this case has been reassigned to the Honorable James O. Browning, Mr. Cleveland has obtained the relief he sought and the motion is now moot.

                      Respectfully submitted,

                      /s/ Theresa M. Duncan_____
                      Theresa M. Duncan
                      Duncan Earnest, LLC
                      515 Granite NW
                      Albuquerque, NM 87102
                      505-842-5196
                      teri@duncanearnest.com

                      Donald F. Kochersberger III
                      BUSINESS LAW SOUTHWEST LLC
                      320 Gold Ave. SW, Suite 610
                      Albuquerque, New Mexico 87102-3299
                      (505) 848-8581 (Voice)
                      (505) 848-8593 (Facsimile)
                      Donald@BusinessLawSW.com (E-Mail)

                      *Attorneys for Kirby Cleveland*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of March 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff and Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Theresa M. Duncan
Theresa M. Duncan