UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**  17-965 JOB          **DATE:**  3/21/18

**TITLE:** *USA v. Kirby Cleveland*

**COURTROOM CLERK:** C. Bevel       **COURT REPORTER:**   J. Bean

**COURT IN SESSION:** 8:28am-9:40am    **TOTAL TIME:** 1 HR 12 MINUTES

**TYPE OF PROCEEDING:** Scheduling Conference/Status conference

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Michael Murphy                           Theresa Duncan

 Jennifer Rozzoni                        Donald Kochersberger
                                         (Mark Donatelli, resource counsel)

**PROCEEDINGS:**

8:28am   Court in session, counsel enter appearances, defendant present in custody.

8:28am   Court addresses counsel on scheduling.

8:30am   Ms. Duncan indicates counsel requested previous scheduling order entered by Judge Armijo be vacated. Addresses preferred scheduling order.

8:33am   Court addresses Mr. Murphy regarding government's proposed scheduling order, emailed to chambers.

8:34am   Mr. Murphy responds.

8:37am   Court proposes going with defendant's Document 59-2 proposed scheduling order.

8:38am   Mr. Murphy requests more detailed scheduling order.

8:38am   Court addresses Ms. Duncan with government's proposed scheduling order.

8:39am   Ms. Duncan responds.

8:42am   Mr. Murphy addresses deadlines proposed in first scheduling order.

8:45am   Ms. Duncan addresses court with other differences in proposed scheduling orders.

8:45am   Court addresses counsel regarding deadlines.

9:27am   Court will put deadlines together and get a scheduling order out.

| | |
|---|---|
| 9:27am | Court addresses counsel regarding Doc. 52 Opposed Motion to Transport Defendant and Assure Participation of Learned Counsel by Kirby Cleveland. Court grants it in part. |
| 9:29am | Mr. Murphy has nothing further. |
| 9:30am | Court may try to hold hearings as they are briefed rather than waiting. Counsel to contact CRD when briefing is complete and request hearing. |
| 9:30am | Ms. Duncan requests CJA conference with the court. |
| 9:40am | Court in recess. |