IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | Case No.:   17-CR-00965- JB |
| ) | |
| vs.  ) | |
| ) | |
| KIRBY CLEVELAND,  ) | |
| ) | |
| Defendant.  ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

The United States hereby notifies the Court that Assistant United States Attorney Jennifer M. Rozzoni withdraws as counsel of record for the United States, and Assistant United States Attorney Letitia C. Simms enters her appearance on behalf of the United States.

The United States respectfully requests that the Court deliver all future notices, pleadings and correspondence to counsel of record Letitia C. Simms.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*/s/ Electronically filed on June 21, 2018*
LETITIA C. SIMMS
Assistant U.S. Attorney
Post Office Box 607
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that on June 21, 2018, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.
*/s/*_____
LETITIA C. SIMMS
Assistant U.S. Attorney