## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

                    Plaintiff,

                                        No. CR 17-965 JB

      vs.

KIRBY CLEVELAND,

                    Defendant.

## <u>SCHEDULING ORDER</u>

Defendant Kirby Cleveland, through the undersigned attorneys, proposes the following

schedule to be adopted by this Court:

| | |
|---|---|
| May 21, 2018: | Completion of non-expert Fed. R. Crim. P. 16 discovery by the United States, including all material for which disclosure is mandated by *Brady v. Maryland*, 373 U.S. 83 (1963).[1] |
| June 4, 2018: | Defense discovery motions. |
| June 18, 2018: | Responses to defense discovery motions. |
| July 2, 2018: | Replies re: defense discovery motions. |
| July 16, 2018: | Defense to provide reciprocal discovery pursuant to Fed. R. Crim. P. 16(b)(1).[2] |
| September 24, 2018: | Government to file request for alibi disclosure |
| | Motions alleging defects in indictment or institution of proceedings (Rule 12(b)(3)(A) and (B)) |
| | Facial challenges relating to capital punishment, including challenges to the Federal Death Penalty Act, and the death penalty *per se*. |
| October 22, 2018: | Responses to motions filed Sept. 24, 2018 |

---

[1] This deadline is subject to the United States' continuing discovery obligations.

[2] This deadline is subject to the defense's continuing discovery obligations.

November 5, 2018:   Replies to motions filed Sept. 24, 2018

**<u>Hearing on Constitutional claims – November 13-15, 2018 at 8:30 a.m.</u>**

November 30, 2018:   Government's Non-Mental Health Expert Disclosures Pursuant to Fed. R. Crim. P. 16(a)(1)(G).

December 3, 2018:   Pretrial motions due, including:

- Bill of Particulars
- Venue
- Selective Prosecution
- Challenges to Grand Jury
- Motions to Suppress

December 17, 2018:   Responses to Pretrial Motions filed January 14, 2019.

December 31, 2018:   Replies re. Pretrial Motions filed January 14, 2019.

**<u>Hearing on Pretrial Motions – February 4-8, 2019 at 8:30 a.m.</u>**

January 15, 2019:   Defendant's Non-Mental Health Expert Disclosures Pursuant to Fed. R. Crim. P. 16(b)(1)(C) and Notice of Intent to Introduce Expert Evidence on a Mental Condition Bearing on the Issue of Guilt Pursuant to Fed. R. Crim. P. 12.2(b)(1).

Motions regarding procedures for implementation of rule 12.2 disclosures and evaluations

January 29, 2019:   Responses to motions regarding procedures for implementation of rule 12.2 disclosures and evaluations

January 31, 2019:   1) *Daubert* Motions.

2) Government notice of intent to offer evidence under. Fed. R. Eivd. 404(b), 609, and 807.

3) Motions attacking sufficiency of Notice of Intent to Seek the Death Penalty and/or validity of aggravating factors

February 12, 2019:   Replies to motions regarding procedures for implementation of rule 12.2 disclosures and evaluations

February 25, 2019:   1) Responses to *Daubert* Motions.

2) Objections pursuant to Fed. R. Evid. 404(b), 609, 807.

| | |
|---|---|
| | 3) Responses to motions attacking sufficiency of Notice of Intent to Seek the Death Penalty and/or validity of aggravating factors |
| March 11, 2019: | 1) Replies re: *Daubert* Motions. |
| | 2) Replies re: Fed. R. Evid. 404(b), 609, and 807. |
| | 3) Replies re: Motions attacking sufficiency of Notice of Intent to Seek the Death Penalty and/or validity of aggravating factors |
| March 19, 2019: | Written proposals for jury-selection procedures and schedule |
| April 2, 2019: | Objections to proposed jury-selection procedures and schedule |
| July 8, 2019: | Court/Jury Division will mail special questionnaires to all remaining potential jurors.  Jurors will be asked to return special questionnaires no later than July 26, 2019. |
| August 2, 2019: | Court will make completed jury questionnaires available to parties on a rolling basis beginning this date. |
| August 16, 2019: | Proposed jury instructions due (guilt and penalty). |
| August 23, 2019: | Parties to file lists of stipulated and non-stipulated strikes for cause. Parties shall file brief argument in support of non-stipulated strikes for cause. |

**Motions Hearing: 9/16/19 @ 8:30am**

**Trial Deadlines:**

| | |
|---|---|
| 180 days before trial: | Government informative outline due |
| 120 days before trial: | Evidentiary motions/Motions in limine |
| 90 days before trial: | Proposed jury instructions due (guilt phase only). |
| | Responses to evidentiary motions/motions in limine |
| 75 days before trial: | Objections to proposed guilt phase jury instructions due |
| 60 days before trial: | Government *Jencks* deadline. |
| | Government to file guilt phase witness and exhibit lists |

|  | Objections to proposed guilt phase jury instructions due |
|---|---|
|  | Replies to evidentiary motions/motions in limine |
| 45 days before trial: | Parties to file proposed voir dire |
|  | Defense guilt phase witness and exhibit lists due |
|  | Defense to file objections to government guilt phase witness and exhibit lists |
| 30 days before trial: | Government penalty phase witness and exhibit lists due |
|  | Objections to proposed voir dire |
|  | Government to respond to defense objections to exhibit and witness lists and to file any objections to defense witness and exhibit lists |
| 15 days before trial: | Defense to respond to government objections to defense witness and exhibit lists |
| **April 6, 2020**: | Commence voir dire; trial to commence immediately after conclusion of jury selection process. |

**Penalty phase:**

| 1 day after guilty verdict (if any): | Defense to file list of proposed mitigating factors and proposed penalty phase witnesses |
|---|---|
| 5 days after guilty verdict (if any): | Proposed penalty phase instructions due |

_____
United States District Judge