IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

18 SEP 26 AM 9:52

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                          No. CR 17-965 JB

KIRBY CLEVELAND,

    Defendant.

## ORDER EXTENDING DEADLINES RELATED TO DEFECTS IN THE INDICTMENT AND FACIAL CHALLENGES TO THE DEATH PENALTY

This matter is before the Court on Defendant Kirby Cleveland's Unopposed Motion to Extend Deadlines Related to Defects in the Indictment and Facial Challenges to the Death Penalty [Doc. 71]. The Court finds this Motion is unopposed, well-taken, and should be granted. Accordingly,

**IT IS HEREBY ORDERED** that the Scheduling Order entered on July 10, 2018 [Doc. 68] is amended as follows:

1. Motions alleging defects in indictment or institution of proceedings (Rule 12(b)(3)(A) and (B)) shall be filed on, or before, October 1, 2018;

2. Facial challenges relating to capital punishment, including challenges to the Federal Death Penalty Act, and the death penalty *per se* shall be filed on, or before October 1, 2018;

3. Responses to motions filed in response to the pleadings identified in Paragraphs 1 and 2, shall be filed on, or before October 29, 2018;

- 2 -

4. Replies in support of the pleadings identified in Paragraphs 1 and 2, shall be filed on, or before November 12, 2018.

5. All other deadlines contained in the Court's Scheduling Order [Doc. 68] remain unaffected by this Order.

_____
James O. Browning
United States District Judge

Submitted by:

*/s/ Electronically filed*

_____
Donald F. Kochersberger III

*Attorney for Kirby Cleveland*