IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | No. CR 17-965 JB |
| KIRBY CLEVELAND, | |
| Defendant. | |

## ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE REPLIES

This matter is before the Court on Defendant Kirby Cleveland's Unopposed Motion to Extend Deadline to File Replies [Doc. 100], the Court being advised that the Motion is unopposed and being otherwise properly advised, finds this Motion is well-taken and should be GRANTED. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's deadline for filing replies in support of the motions filed as Document Nos. 72, 73, 74, 75, 77, 78, 80, and 81 is extended until November 19, 2018.

_____
United States District Judge

Submitted by:

/s/Donald F. Kochersberger III
_____
Donald F. Kochersberger III
*Attorney for Kirby Cleveland*