

U.S. Department of Justice

United States Attorney
Districts of New Mexico

Post Office Box 607  505/346-7274
Albuquerque, New Mexico 87103  505/346-7224
FAX 505/346-6886

November 20, 2018

The Honorable James O. Browning
U.S. District Judge
U.S. District Court, District of New Mexico

RE: United States v. Kirby Cleveland, 17-965 JB

Dear Judge Browning:

On November 20, 2018, the Defendant filed notices of withdrawal of seven pending motions in U.S. v. Cleveland, 17-965 JB. Specifically, the Defendant is withdrawing their motions docketed by Document numbers 73, 74, 75, 77, 78, 80, and 81. I am writing to notify the Court that the United States does not oppose the Defendant's withdrawal of these motions.

If you have any further inquiries, please contact me at 505-224-1422, or Letitia.Simms@usdoj.gov.

Respectfully,
/s/
Letitia Carroll Simms,
Assistant United States Attorney

cc: Donald Kochersberger
    Theresa M. Duncan
    Carol A. Bevel