UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.** CR 17-965 JB    **DATE:** November 28, 2018

**TITLE:** *USA v. Kirby Cleveland*

**COURTROOM CLERK:** C. Bevel    **COURT REPORTER:** J. Bean

**COURT IN SESSION:** 9:04AM-9:31AM    **TOTAL TIME:** 27 MINUTES

**TYPE OF PROCEEDING:** STATUS CONFERENCE

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Mike Murphy    Theresa Duncan, Donald Kochersberger

**PROCEEDINGS:**

9:04am  Court in session, counsel enter appearances, defendant present in custody.

9:04am  Court addresses counsel regarding outstanding motions now moot,

9:05am  Mr. Murphy responds, revised scheduling order would be helpful. Suggests late summer for trial, 16-20 witnesses, 5-6 days for case in chief, depending on stipulations.

9:07am  Ms. Duncan indicates 2 days at most for defense presentation, many witnesses overlap.

9:07am  Court indicates 9 days including jury selection.

9:08am  Ms. Duncan indicates some deadlines in August for jury; suggests August 2019 for trial.

9:08am  Mr. Murphy responds.

9:08am  Ms. Duncan responds.

9:11am  Mr. Murphy indicates pretrial motions coming up will require a lot of time; requests more time on motions.

9:18am  Court proposes pretrial and trial dates. August 12, 2019 for Pretrial conference, September 3, 2019 for trial.
January 31, 2019 pretrial motions deadline, vacate February hearing dates.
January 15 deadline non-mental health expert disclosures.
Responses to pretrial motions due February 25, 2019, Replies due March 11, 2019
April 17, 2019 @ 8:30 motions hearings.

Court will prepare a revised scheduling order.

9:27am   Court addresses counsel regarding recently issued opinion. Inquires if counsel anticipate providing documentation to consider or should Motion be considered done and those counts dismissed.

9:28am   Mr. Murphy indicates he is obtaining further documentation, will file notice with court if no further documentation is found. May appeal issue, seek guidance from the Circuit.

9:30am   Ms. Duncan indicates may not have further documentation on issue.

9:31am   Counsel have nothing further.

9:31am   Court in recess.