IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                               No. CR 17-00965 JB

KIRBY CLEVELAND,

      Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING [DOC. 196]

This Matter having come before the Court on Defendant Kirby Cleveland's Emergency Motion to Continue Sentencing Hearing [Doc. 196], the Court having reviewed the motion and noting the United States does not oppose the relief requested therein, and the Court being otherwise advised in the premises, the Court hereby GRANTS the motion.

The sentencing hearing scheduled for May 19-20, 2021, is VACATED and rescheduled for June 28, 2021, from 9:00 a.m. to 5:00 p.m.

A status conference is scheduled for June 14, 2021, at 4:00 p.m.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE