IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                 No. 17-cr-00965-JB

KIRBY CLEVELAND,

      Defendant.

## NOTICE OF LODGING SUPPLEMENTAL EXHIBITS TO DEFENDANT KIRBY CLEVELAND'S OBJECTIONS TO THE AMENDED PSR (ECF 181)

Defendant Kirby Cleveland respectfully tenders the following supplemental exhibits to his Objections to the Amended PSR filed July 28, 2020. (ECF 181.) The following exhibits are attached and are being filed by hand because they are too large to file electronically:

Ex. G   Video of Pod Activities at Sandoval County Detention Center on May 2, 2019.

Ex. H   Screenshots from video with notations showing locations of Kirby Cleveland and Ronnie Ganadonegros.

                                        Respectfully submitted,

                                        /s/ Theresa M. Duncan
                                        Theresa M. Duncan
                                        Duncan Earnest, LLC
                                        P.O. Box 2769
                                        Santa Fe, NM 87504
                                        505-842-5196
                                        teri@duncanearnest.com

Donald F. Kochersberger III
BUSINESS LAW SOUTHWEST LLC
320 Gold Ave. SW, Suite 610
Albuquerque, New Mexico 87102-3299
(505) 848-8581 (Voice)
(505) 848-8593 (Facsimile)
Donald@BusinessLawSW.com (E-Mail)

*Attorneys for Kirby Cleveland*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of May 2021, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Theresa M. Duncan
Theresa M. Duncan